Derreka Walkup
15 Birchwood Court
Covington, GA, 30014
704-582-3808

Magistrate Judge Susan Rodriguez
U.S. District Court
401 West Trade Street
Charlotte, NC, 28202

Honorable Judge,

My name is Derreka Walkup, and I am Justin Thomason's oldest sister. I am a 31-year-old Navy veteran and an elementary school teacher in Clayton County, Georgia for students in the English for Speakers of Other Languages (ESOL) program. This letter is for my brother Justin's detention hearing to give my perspective of his growth and potential.

As his oldest sister, I have known Justin all his life. I was there to help protect and provide for him when he was born 3 months prematurely and lived on an oxygen machine in an incubator for the first few months of his life. Early on, we (the family) were informed that Justin's frontal lobe had not fully developed in the womb and that he might struggle with social skills, self-control, and decision-making for a while. Over time, we have seen evidence of this medical condition as well as evidence of his growth.

Justin has lived in Covington, Georgia with me for almost a year now. Covington is a suburban/semi-rural small town on the outskirts of Atlanta. During his time with me, he has held a job as a dependable full-time employee. When not working, he will sit out on the back patio enjoying the fresh rural air and spending time with our two puppies, Onyx and Prince. Onyx and Prince are German shepherd-mixed rescue dogs who love having their uncle around. When I am at work, Justin takes care of the puppies by giving them food, water, and plenty of affection. Onyx, especially, is ready for his uncle Justin to come home so that he can go back to sleeping in Justin's bed (because he is not allowed to sleep in mine).

What I can tell you about my brother is that he is a very caring person. Growing up, he had a somewhat rough relationship with his father. However, he always received love, care, affection, and encouragement from the women in his life – his 3 sisters, mother, and grandmother. As an adult now, my sisters and I continue to show him support. He also has a group of older, professional male and female cousins to talk to him and help him in any way they can.

Over the past year, I have seen Justin's growth into a more mature adult. He is at home and off the streets when not working, which is not often. Because he is such a

dependable employee, his job calls him to come in early, cover for others, and stay late on a regular basis. He earns his own money to buy his necessities and groceries. Because he is learning to keep a job and take care of himself, he no longer needs to depend on crime to survive. He has a stable home here in Covington, a dependable job, a supportive big sister and family, two loving dogs to show him affection, and a new life in Georgia for as long as he needs to stay.

Sincerely,
Derreka Walkup

Hello, I am writing this letter on behalf of Justin Thomason. Justin has been an employee of mine for about a year now. I met Justin during a hiring process when my staff was low and I needed to recruit. I can tell you that it was one of the best decisions I made in an employee. He is very RESPECTFUL and very RELIABLE. Whenever we needed help he WILL be there. I was quite surprised that he was such a good worker and the staff likes him a lot. He has a good personality and has became the job clown. Customers are always laughing at him. He has such an old soul trapped in a young body. Justin brings joy wherever he goes and puts a smile on the teams face. I am REALLY HOPING that he can come back and continue his journey with us. Since he has been employed he has certified for different positions. I am VERY PROUD of him for making and striving to make accomplishments in his life. I have mentored lots of young people in my line of work giving them positive advice on how to handle life in times of trouble. Making Justin stay true to his word. I believe that every young person deserves a second chance only if where permitted and willing to stay on a path in life to change for the better and not go back to the worst. I believe Justin has proven that to me that he wants more in life and not willing to just settle for anything. Sometimes traveling down the wrong road can give you a new path.

          Sincerely,
            DISTRICT MANAGER OF CHECKERS
            LISA CRAWFORD

TO: WHOM IT MAY CONCERN
SUBJECT: JUSTIN THOMASON

Hello, I am writing this letter on behalf of Justin Thomason. My name is Brittany Turner and I am the Assistant Manager here at Checker's and Justin works directly with me 5 nights a week. Justin is a great employee and has become a real part of the team. Justin has become like family to me and is Literally my best friend. Justin has honestly came so far from when I first met him a year ago when he started working here. He is someone that just brings us all joy and he always puts a smile on your face. Justin most definitely has a Job waiting on him. We are hoping and praying that he can come back home and back to work. I am someone that myself has had problems in the past and I have completely changed my life around and I know from personal experience that anybody can change. Justin has changed so much since being here with all of us and he just needs a chance. A chance to continue bettering and changing his life like he already has been doing.

                                      Sincerely, BRITTANY TURNER
                                      Assistant Manager

FILED
DATE: February 2, 2024
TIME: 10:31:12 AM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: K. Aery

**STATE OF NORTH CAROLINA**
Mecklenburg County

File No. 23CR203839-590

In The General Court Of Justice
☐ District  ☒ Superior Court Division

NOTE: *Do not use this form for cases covered by G.S. 20-138.4. Use form AOC-CR-339 instead.*

**STATE VERSUS**

Defendant Name
JUSTIN MARQUIS THOMASON

**DISMISSAL**
**NOTICE OF REINSTATEMENT**
(For Offenses Committed On Or After Dec. 1, 2013)

G.S. 15A-302(e), -931, -932

| File Number | Count No.(s) | Offense(s) |
|---|---|---|

See *File Numbers And Offenses* on Side Two.

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☐ 2. There is insufficient evidence to warrant prosecution for the following reasons:

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. The defendant was charged as the result of ☐ defendant's identity being used without permission. ☐ mistaken identity.
(**NOTE TO PROSECUTOR:** *You must notify the Court of this dismissal. The Court should use AOC-CR-283, Order Of Expunction Under G.S. 15A-147(a1) (Identity Theft Or Mistaken Identification) to expunge charges.*)

☒ 5. Other: *(specify)* ☐ See additional information on reverse.
This case has been indited in federal court.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)* _____

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
NOTE: *Pursuant to the repeal of G.S. 15A-1009, the prosecutor can no longer dismiss charges with leave for defendants found incapable to proceed.*

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served **by the prosecutor** on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 2/2/2024 | Katherine Martin | *S Katherine Martin* |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)
AOC-CR-307B (ICMS), Rev. 3/21, © 2021 Administrative Office of the Courts

| | | FILE NUMBERS AND OFFENSES | |
|---|---|---|---|
| File Number | Count No.(s) | Offense(s) | |
| 23CR203839-590 | LI | POSSESSION OF FIREARM BY FELON | |
| | LII | PWIMSD MARIJUANA | |
| | LIII | CARRYING CONCEALED GUN(M) | |

### ADDITIONAL INFORMATION PERTAINING TO DISMISSAL

The undersigned prosecutor provides the following additional information pertaining to the dismissal entered in this case:

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 2/2/2024 | Katherine Martin | *S Katherine Martin* |

AOC-CR-307B (ICMS), Side Two, Rev. 3/21
© 2021 Administrative Office of the Courts

Mecklenburg Superior Court

# Case Summary

Case No. 23CR203839-590

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA VS JUSTIN MARQUIS THOMASON § § § § § § § | Location: | Mecklenburg Superior Court |
| | Filed on: | 01/05/2023 |
| | ACIS File Number Key: | 5902023203839D |
| | Criminal Process Number: | RO-23-10914 |
| | Electronic Warrants Warrant ID: | fVx3GbdNoQvitYu16qHR4v |
| | Electronic Warrants Warrant ID: | e9EqwKSMVq2CmnQtnUfP5h |
| | Criminal Process Number: | MO-23-10842 |

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Criminal |
|---|---|---|---|---|---|
| | | | | | Case Status: 02/02/2024 Disposed |
| 51. POSSESSION OF FIREARM BY FELON | 14-415.1 | FG | 01/05/2023 | 01/05/2023 | |

Offense Reports
    Control #: 230105163501
    Agency: Charlotte Mecklenburg Police Department
    601 East Trade St
    Charlotte, NC, 28202

| | | | | | |
|---|---|---|---|---|---|
| 52. PWIMSD MARIJUANA | 90-95(A)(1) | FI | 01/05/2023 | 01/05/2023 | |

Offense Reports
    Agency: Charlotte Mecklenburg Police Department
    601 East Trade St
    Charlotte, NC, 28202

| | | | | | |
|---|---|---|---|---|---|
| 53. CARRYING CONCEALED GUN(M) | 14-269(A1) | M2 | 01/05/2023 | 01/05/2023 | |

Offense Reports
    Agency: Charlotte Mecklenburg Police Department
    601 East Trade St
    Charlotte, NC, 28202

## Related Cases

## Assignment Information

**Current Case Assignment**
Case Number  23CR203839-590
Court           Mecklenburg Superior Court
Date Assigned  01/06/2023

## Party Information

| Defendant | THOMASON, JUSTIN MARQUIS | WALLWORK, EMILY LOUISE |
|---|---|---|
| | 8301 PENCE RD APT. D CHARLOTTE, NC 28215-8215 Black | *Public Defender* |

|  |  |  |
|---|---|---|
|  | Male<br>Height: 5' 6"  Weight: 275 |  |
| **State** | **STATE OF NORTH CAROLINA**<br>Other | ~~LAFORGE, KELLY RAE (Inactive)~~<br>~~Retained~~<br><br>**MARTIN, SARAH KATHERINE STEAGA**<br>*Retained* |
| **Complainant** | SMITH, W. |  |

## Case Events

| | | |
|---|---|---|
| 02/02/2024 | Dismissal Notice of Reinstatement<br>    Created:   02/02/2024 10:32 AM | Index # 3 |
| 09/06/2023 | Motion/Order to Continue<br>    *Court Session: 2024-01-29; POST MERIDIEM; TRIAL;*<br>    Created:   09/06/2023 11:29 AM | |
| 06/27/2023 | Motion/Order to Continue<br>    *Court Session: 2023-09-05; POST MERIDIEM; TRIAL;*<br>    Created:   06/27/2023 10:34 AM | |
| 04/11/2023 | Motion/Order to Continue<br>    *Court Session: 2023-06-26; POST MERIDIEM; TRIAL;*<br>    Created:   04/11/2023 12:06 PM | |
| 01/20/2023 | Motion/Order to Continue<br>    *Court Session: 2023-04-10; POST MERIDIEM; TRIAL;*<br>    Created:   01/20/2023 10:33 AM | |

01/17/2023
Offense Disposed
   *Court Officials Present: Title Name STATE ATTORNEY KELLY RAE LAFORGE PUBLIC DEFENDER EMILY L WALLWORK DISPOSITION DATE: 01/17/2023 METHOD OF DISPOSITION CODE: SUPERSEDING INDICTMENT OR PROCESS*
   Created:   01/17/2023 3:08 PM

| | | |
|---|---|---|
| 01/17/2023 | Indictment Issued<br>    CRRPRS:I<br>    Created:   01/17/2023 12:00 AM | |
| 01/17/2023 | Indictment Issued<br>    Created:   01/17/2023 12:00 AM | |

01/17/2023
Transfer to Superior Court
   *Offenses Transferred: Charge Number Offense Description 01 POSSESSION OF FIREARM BY FELON 02 PWIMSD MARIJUANA 03 CARRYING CONCEALED GUN(M)*
   Created:   01/17/2023 12:00 AM

| | | |
|---|---|---|
| 01/11/2023 | Motion/Order to Continue<br>    *Court Session: 2023-01-19; NIGHT COURT; TRIAL;*<br>    Created:   01/11/2023 11:19 AM | |
| 01/10/2023 | State Attorney Assigned<br>    *Court Officials Present: Title Name STATE ATTORNEY KELLY RAE LAFORGE*<br>    Created:   01/10/2023 3:45 PM | |

01/09/2023
Defense Attorney Assigned
   *Court Officials Present: Title Name PUBLIC DEFENDER EMILY L WALLWORK Notified By Email NOTIFIED BY EMAIL: Y*
   Created:   01/09/2023 11:00 AM

| | | |
|---|---|---|
| 01/06/2023 | Motion/Order to Continue<br>    *Court Session: 2023-01-06; ANTE MERIDIEM; TRIAL;* | |

|  |  |  |
|---|---|---|
|  | Created: 01/06/2023 12:02 AM |  |
| 01/05/2023 | Release Order Issued<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Crim Proc #: RO-23-10914<br>Created: 01/05/2023 9:18 PM | Index # 2 |
| 01/05/2023 | Magistrate Order Issued<br>*CRRPRC:M*<br>Created: 01/05/2023 12:00 AM |  |
| 01/05/2023 | Legacy Process Served Date<br>Created: 01/05/2023 12:00 AM |  |

### Dispositions

**02/02/2024 Disposition**
   51. POSSESSION OF FIREARM BY FELON
      VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
   52. PWIMSD MARIJUANA
      VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
   53. CARRYING CONCEALED GUN(M)
      VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
   Created: 02/02/2024 10:32 AM

**02/02/2024 Plea**
THOMASON, JUSTIN MARQUIS
51. POSSESSION OF FIREARM BY FELON
   Not Guilty
THOMASON, JUSTIN MARQUIS
52. PWIMSD MARIJUANA
   Not Guilty
THOMASON, JUSTIN MARQUIS
53. CARRYING CONCEALED GUN(M)
   Not Guilty
Created: 02/02/2024 10:32 AM

### Hearings

**05/13/2024 Scheduling Conference** (2:00 PM)
   Resource: Location 590-5310 Mecklenburg Co. Courthouse, Courtroom 5310
   01/29/2024 Reset by Court to 01/29/2024
   01/29/2024 Reset by Court to 05/13/2024
   Created: 10/07/2023 5:16 AM

**01/17/2023 Disposition Hearing** (1:00 PM)
   Resource: Location 590-5130 Mecklenburg Co. Courthouse, Courtroom 5130
      *Hearing Held*
   Created: 01/17/2023 12:00 AM

### Bond Settings

**01/05/2023 Bond Setting**
   Not Authorized